1080

[No. 18029-4-II. Division Two. March 22, 1996.]

MICHAEL S. RICE, *Appellant*, v. DENISE D. COLDWELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-00004-6, James D. Ladley, J., entered February 11, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Wiggins, J. Pro Tem., and Fleisher, J. Pro Tem.

[No. 18287-4-II. Division Two. March 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAY HAISCH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00095-0, Randolph Furman, J., entered May 17, 1994. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J. Pro Tem.

[No. 18424-9-II. Division Two. March 22, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. TODD RANDALL MASSIE, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00113-2, Robert L. Harris, J., entered June 8, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 33095-1-I. Division One. March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE CHARLIE ALBRITTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04249-1, Janice Niemi, J., entered July 16, 1993. *Dismissed* by unpublished per curiam opinion.